NO. 12-08-00206-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




BENJAMIN ROWLAND BEALL, II,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to reckless driving, and the trial court assessed punishment on
January 24, 2007. The record includes the trial court's certification showing that this is a plea
bargain case and Appellant has no right to appeal. See Tex. R. App. P. 25.2 (d). Accordingly, the
appeal is dismissed for want of jurisdiction.

Opinion delivered May 21, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.








(DO NOT PUBLISH)